FILED
October 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003002795

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:                                    ) Case No: 10-39217-E-13L
                                          ) DCN: CK-01
                                          )
STEPHEN A. DICKSON,                       ) TRUSTEE'S OBJECTION TO
ELIZABETH A. DICKSON,                     ) DEBTOR(S) MOTION TO CONFIRM
                                          ) AMENDED PLAN
                                          )
                                          ) DATE:      NOVEMBER 2, 2010
                                          ) TIME:      2:00 P.M.
                                          ) JUDGE:     SARGIS
             Debtor(s)                    ) COURTROOM: 33

LAWRENCE J. LOHEIT, TRUSTEE, objects to Debtor(s) motion as:

1. The Debtors are $2,896.00 delinquent in plan payments to the Trustee to date and the next scheduled payment of $2,045.00 is due on October 25, 2010. The Debtors have paid $1,194.00 into the plan to date. It appears that Debtors have failed to adjust their payments to the Trustee based on the Amended Plan filed September 10, 2010. Debtors' original plan filed

July 21, 2010 called for payments of $597.00 per month. However, the Amended Plan, which is the subject of the current motion, proposes plan payments of $2,045.00, therefore causing the Debtors to be delinquent.

    2. It appears that Debtors' have improperly classified American General Finance in Class 1 of the Plan. In Section 3.09, Class 1 of the Plan, calls for payments of "long term secured claims that were delinquent when the petition was filed and mature after the last payment under the plan". This section of the plan is for ongoing mortgage payments with arrearages at the time of filing. Debtors' account with American General appears to be for a 2004 Chevy Impala, and therefore should be provided for in Class 2 of the Plan.

WHEREFORE, the Trustee requests that the motion be denied.

Dated: OCTOBER 15, 2010      / S /TALVINDER S. BAMBHRA  
                                               Talvinder S. Bambhra, Attorney for Trustee