FILED
November 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003041929

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 10-39217-E-13L |
| | DCN: TSB-1 |
| STEPHEN A. DICKSON, | TRUSTEE'S MOTION TO DISMISS |
| ELIZABETH A. DICKSON, | CASE |
| | DATE: NOVEMBER 30, 2010 |
| | TIME: 10:00 AM |
| | JUDGE: SARGIS |
| Debtor(s) | COURTROOM: 33 |

LAWRENCE J. LOHEIT, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as the Debtor is causing an unreasonable delay that is prejudicial to creditors.

1. The Debtor is $2,895.69 delinquent in plan payments to the Trustee to date and the next scheduled payment of $2,038.69 is due on November 25, 2010. The Debtor has paid $3,233.00 into the plan to date.

1

**The Debtor must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as of the date of the hearing on this motion or the case may be dismissed.**

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: NOVEMBER 1, 2010    / S / TALVINDER S. BAMBHRA
Talvinder S. Bambhra, Attorney for Trustee