FILED
January 04, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003185911

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 10-39217-E-13L |
| | DCN: CK-01 |
| STEPHEN A. DICKSON, | TRUSTEE'S OBJECTION TO |
| ELIZABETH A. DICKSON, | DEBTOR(S) MOTION TO CONFIRM |
| | SECOND AMENDED PLAN |
| | DATE: JANUARY 18, 2011 |
| | TIME: 2:00 P.M. |
| | JUDGE: SARGIS |
| Debtor(s) | COURTROOM: 33 |

LAWRENCE J. LOHEIT, TRUSTEE, objects to Debtor(s) motion as:

1. The Debtors are $2,074.44 delinquent in plan payments to the Trustee to date and the next scheduled payment of $2,056.72 is due on January 25, 2011. The Debtors have paid $5,272.00 into the plan to date.

1

2. The plan may not comply with applicable law, 11 U.S.C. §25(a)(1).

The plan appears to add a provision in §2.02 that may or may not call for additional sums to be paid in and appears incomplete, ending in an ellipsis.

The plan does not clarify in the additional provisions the monthly payments to paid to Wachovia in the first two months when the plan payment is insufficient to pay the ongoing mortgage payment.

The plan may not provide for all of the ongoing mortgage payments to Wachovia. The motion to confirm, page 2, lines 15-16, appear to indicate that the Debtor only made one payment of $1,470.00 directly.

WHEREFORE, the Trustee requests that the motion be denied unless these matters are addressed.

Dated: JANUARY 4, 2011         / S / Neil Enmark
                               Neil Enmark, Attorney for Trustee

2